

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00747-CR

Angel Martin **SAAVEDRA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 492554
The Honorable Crystal D. Chandler, Judge Presiding

## O R D E R

The clerk's record was filed November 18, 2016. The reporter's record was filed January 4, 2017. Accordingly, appellant's brief was due February 3, 2017. See Tex. R. App. P. 38.6 (stating appellant's brief is due thirty days after either clerk's record or reporter's record is filed, whichever is later). Appellant filed neither the brief nor a motion for extension of time, so on February 6, 2017, we sent appellant notice pursuant to Rule 38.8 of the Texas Rules of Appellate Procedure. See Tex. R. App. P. 38.8(b)(2) (stating that in criminal case, if appellant's brief is not timely filed, appellate clerk must notify counsel). On February 7, 2017, appellant responded to our noticing, filing a motion for extension of time to file the brief. In the motion, appellant asks for sixty additional days to file the brief. **We GRANT IN PART AND DENY IN PART** appellant's motion and **ORDER** appellant to file his brief in this court on or before March 6, 2017. Appellant may request additional time to file the brief if necessary.

We order the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.



Keith E. Hottle
Clerk of Court